**Order entered November 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00403-CR

**HEATHER STORER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31208-S**

## ORDER

The Court **REINSTATES** the appeal.

On August 9, 2013, this Court ordered the trial court to make findings regarding why the reporter's record has not been filed. On October 28, 2013, appellant's attorney filed a motion to dismiss the appeal. However, because the motion is not signed by appellant, as required by Texas Rule of Appellate Procedure 42.2(a), the Court notified counsel by letter that we could not act on the motion. We informed counsel that his inability to locate appellant was a matter that should be brought to the trial court's attention as part of the abatement hearing. To date, we have not received the findings or the reporter's record, nor has counsel filed an amended motion to dismiss the appeal that complies with rule 42.2(a).

Accordingly, we **DENY** the October 28, 2013 motion to dismiss the appeal.

We **ORDER** the Honorable Andy Chatham, Presiding Judge of the 282nd Judicial District Court, to make findings of fact regarding whether appellant has been deprived of the reporter's record because of ineffective counsel, indigence, or for any other reason.

- The Honorable Andy Chatham shall first determine whether appellant desires to prosecute the appeal. If the Honorable Andy Chatham determines that appellant does not desire to prosecute this appeal, he shall make a finding to that effect.

- If the Honorable Andy Chatham determines that appellant desires to prosecute the appeal, he shall next determine whether appellant is indigent and entitled to proceed without payment of costs for the reporter's record. If appellant is entitled to proceed without payment of costs, the Honorable Andy Chatham shall make a finding to that effect. Moreover, if appellant is indigent, the Honorable Andy Chatham is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel. If the Honorable Andy Chatham finds appellant is not indigent, he shall determine whether retained counsel has abandoned the appeal.

- The Honorable Andy Chatham shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

We **ORDER** the Honorable Andy Chatham to transmit a supplemental record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

The appeal is **ABATED** to allow the Honorable Andy Chatham to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/     DAVID EVANS
JUSTICE